UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------X
In re:

HOLLY E. MYERS-SPANN

Debtor(s).
---------------------------------------------------X

CHAPTER 13
CASE NO. 26-40572-jmm

**ORDER**

Upon the application and the motion [ECF No. 13] Michael J. Macco (the "Trustee") to determine whether the petition for relief under the provisions of Chapter 13 of Title 11 of the United States Code should be dismissed, with a <u>bar to refiling</u> another Chapter 13 petition , or converting a Chapter 7 to a Chapter 13 for a period of **one (1) year**, and same having come on to be heard before the Honorable Jil Mazer-Marino on the 26th day of MARCH, 2026, and Peter Corey, on behalf of the Trustee, having appeared in support of the motion, and it appearing to the satisfaction of the Court that the best interests of creditors and the estate require this case be dismissed, and that sufficient cause has been shown, it is

**ORDERED**, that pursuant to the provisions of 11 U.S.C. §§109(g), 521 & 1307(c), the above referenced Chapter 13 case is hereby dismissed, with a <u>bar to refiling</u>, and the debtor is prohibited from filing another petition under Chapter 13 or converting a Chapter 7 to Chapter 13 for a period of **one (1) year** from the date of this Order, except that the debtor, on notice to the Trustee and all creditors, may move for relief from this Order based upon changed circumstances and for other good cause shown by motion filed in this case.

**Dated: April 10, 2026**
**Brooklyn, New York**

United States Bankruptcy Court
Eastern District of New York

Jil Mazer-Marino
Chief United States Bankruptcy Judge